# Court of Appeals, State of Michigan

## ORDER

Michelle Mayer v Steven Glen Gregerson

Docket No. 336850

LC No. 2015-710435-DO

Jane M. Beckering
Presiding Judge

Michael J. Kelly

Colleen A. O'Brien
Judges

The Court orders that the June 26, 2018 opinion is hereby AMENDED. The opinion contained the following clerical error: the case caption spelled petitioner-appellee's name Trish Oleska Hass. The correct spelling is Trish Oleksa Hass.

In all other respects, the June 26, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 2 7 2018
Date

Chief Clerk